UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

Juan Pascal, ~~on behalf of himself and all other persons~~ *SHS*
~~similarly situated,~~

                     Plaintiff,

      -against-

Vircan Group LLC d/b/a Salinas Restaurante y Bar De
Tapas, Luis Bollo, Nicolas Matar, Donald Mikula, and
Mary Catherine Mikula,

               Defendants.

-------------------------------------------------------------------------x

26-cv-01708-SHS

JUDGMENT

WHEREAS on June 8, 2026, Defendants, Vircan Group LLC d/b/a Salinas Restaurante y Bar De Tapas, Luis Bollo, Nicolas Matar, Donald Mikula, and Mary Catherine Mikula, served on Plaintiff, Juan Pascual, an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), inclusive of Plaintiff's reasonable attorneys' fees and costs in complete satisfaction of all of Plaintiff's claims;

WHEREAS on June 8, 2026, Plaintiff filed a Notice of Acceptance of Defendants' Offer of Judgment Pursuant to Rule 68 in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), inclusive of Plaintiff's reasonable attorneys' fees and costs in complete satisfaction of all of Plaintiff's claims;

JUDGMENT shall be entered in favor of said Plaintiff, Juan Pascual, against said Defendants, Vircan Group LLC d/b/a Salinas Restaurante y Bar De Tapas, Luis Bollo, Nicolas Matar, Donald Mikula, and Mary Catherine Mikula, in the amount of Ten Thousand Dollars and Zero Cents (10,000.00).

The Clerk of the Court is directed to close the case.

*The caption of this action shall be modified as set forth above.*

*Pascal Vivian Group LLC et al 26 CV 1708 (SHS)*

SO ORDERED, on the 8th day of June, 2026.

_____

Hon. Sidney H. Stein, U.S.D.J.